WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,      )
                               )
                Plaintiff,     )     No. CR-00-647-PCT-RCB
                               )
          vs.                  )             O R D E R
                               )
Gary Benally,                  )
                               )
                Defendant.     )
_____)

     On May 3, 2013, upon defendant Gary Benally's request to admit to a supervised release violation pursuant to Rule 32.1, Fed.R.Crim.P., this matter came on for hearing before U.S. Magistrate Judge Lawrence O. Anderson, with the written consents of defendant, counsel for the defendant, and counsel for United States of America and an Order of Referral from the assigned District Judge.  Following that hearing, the Magistrate Judge made nine explicit findings, which form the basis for his recommendation that the defendant's admission to violating his supervised release be accepted.  See Findings and Recommendation of the Magistrate Judge Upon Admission (Doc. 65) at 1:25 - 2:18.

     There being no objection to any of those findings or that

recommendation, **IT IS HEREBY ORDERED** that the "Findings and Recommendation of the Magistrate Judge Upon Admission" (Doc. 65), entered on May 3, 2013, are **INCORPORATED BY REFERENCE** as if fully set forth herein and **ADOPTED** in their entirety.

Accordingly, **IT IS FURTHER ORDERED** that defendant Gary Benally's admission on Petition for Revocation of Supervised Release is **ACCEPTED.**

DATED this 20th day of May, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record