**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 00-00647 PCT-RCB |
| Plaintiff, | |
| vs. | **ORDER** |
| | **REVOKING SUPERVISED RELEASE** |
| Gary Benally | |
| Defendant. | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted special condition #1, paragraphs A of the petition.

The Court has considered the factors set forth in 18 U.S.C. § 3583(e), the U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, statements of the parties, and all documentation submitted, including the disposition report.

IT IS ORDERED revoking the defendant's supervised release and the defendant, Gary Benally, shall be committed to the custody of the Bureau of Prisons for a term of **EIGHTEEN (18) MONTHS.**

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

///

///

1   IT IS FURTHER ORDERED dismissing allegations B and C of the petition.

2   The defendant is remanded into the custody of the United States Marshal's Service.

3   The defendant is advised of his right to appeal within 14 days.

4   DATED this 22nd day of May, 2013.

```
                    _____
                    Robert C. Broomfield
                    Senior United States District Judge
```

23  Copies to counsel of record